TAGGARTS PAPER COMPANY, Respondent, *v.* THE NEW
   YORK  CENTRAL  AND  HUDSON  RIVER  RAILROAD
   COMPANY, Appellant.

*Taggarts Paper Co.* v. *N. Y. C. & H. R. R. R. Co.*, 155 App. Div.
877, affirmed.
   (Argued March 15, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered January 30, 1913, affirming a judgment in favor
of plaintiff entered upon the report of a referee in an
action brought to recover certain sums of money which
the plaintiff claims to have overpaid defendant for the
transportation of 345 carloads of pulpwood shipped from
points in Canada to Felts Mills and Great Bend, N. Y.,
commencing in June, 1909, and continuing to and
including January, 1910.

*William Mann* and *Alexander S. Lyman* for appellant.

*John N. Carlisle* for respondent.

Judgment affirmed, with costs; no opinion.
   Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.